UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 18-00012 JVS (DFMx) | Date | February 28, 2018 |
| Title | January Stern v. Layla Fatima, et al. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** **Order Remanding Action**

      On January 24, 2018, the Court directed defendant Leyla Fatima ("Fatima") to file an amended pleading (notice of removal) explicitly stating the basis on which she invokes the Court's jurisdiction. (Docket No. 7.) In response, Fatima filed an Amended Initial Pleading re Jurisdiction. (Docket No. 16.)

      The amended notice of removal still fails to state any basis for jurisdiction. While the amended notice references several federal statutes, they not are a basis for recovery but rather defenses. The Court must determine jurisdiction on the basis of the case removed. The underlying action pleads only state statutory claims. No federal claims are asserted which would establish federal question jurisdiction under 28 U.S.C. § 1331. Federal defenses or federal counterclaims provide no basis to remove an action which does not otherwise establish federal jurisdiction. See Franchise Tax Board of State of Cal. v. Construction Laborers Vacation Trust, 643 U.S. 1, 10 (1983); Metro Ford Truck Sales, Inc. v. Ford Motor Co., 145 F.3d 320, 326-27 (5th Cir. 1998). There is no basis for federal question jurisdiction.

      Although not explicitly asserted, there is no basis for jurisdiction under the diversity statute, 28 U.S.C. § 1332, because there is a lack of complete diversity. Plaintiff January Stern and defendants Arca Hilton and Zeynep O. Goodwin are all citizens of Illinois. (Complaint, ¶¶ 12,16, 17.) This destroys diversity.

      The Court remands the case to the Superior Court of the State of California for the County of Orange for lack of jurisdiction.

| | | |
|---|---|---|
| | Initials of Preparer | kjt |